IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRYAL J. CULLER, SR., | No. C 07-1552 WHA (PR) |
| Petitioner, | **ORDER DENYING MOTIONS TO RECONSIDER AND DENYING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| BOARD OF PRISON TERMS, | |
| Respondent. | |

This is a pro se habeas action. The court notified petitioner that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not provided a copy of his inmate trust account as required by 28 U.S.C. § 1915(a)(2), and had omitted the page of the form application which contains a certificate of funds in his inmate account. He was informed that if he did not either pay the fee or correct the deficiencies within thirty days the case would be dismissed.

Petitioner filed another application, but although he included the page he had omitted previously in the new application, the certificate of funds, the signature line was blank, and he still did not provide the copy of his inmate account transactions required by Section 1915(a)(2). The case therefore was dismissed without prejudice.

Petitioner has filed two motions to reconsider and a properly-completed application for leave to proceed IFP. In the motions to reconsider he says that the failure to file a properly-completed IFP application within the time allowed was not his fault, because he gave the IFP form to the trust department on March 13, 2007, to complete and they failed to properly

complete it. The clerk's notice of IFP deficiency, however, was not filed until March 19, 2007, at which time petitioner was mailed not only the notice but another copy of the form and an envelope in which to return it. In the motions to reconsider he does not claim to have attempted to remedy the deficiency after receiving the notice. The motions to reconsider (documents * and 9 on the docket) therefore are **DENIED**. The motion to proceed IFP (document 10) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: March 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\CULLER552.REC